ALB:LTG
F. #2017R00634

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

CHRISTOPHER MCCOY,

         Defendant.

------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 01 2018 ★
LONG ISLAND OFFICE

INFORMATION

Cr. No. CR 18 530

(T. 18, U.S.C., §§ 242 and 3551 et seq.)

BROWN, M. J.

THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Information:

1. The defendant CHRISTOPHER MCCOY was employed as a police officer for the Suffolk County Police Department, a law enforcement agency in Suffolk County, New York.

2. As a police officer, the defendant CHRISTOPHER MCCOY was required to act in compliance with federal, state and local laws, including the United States Constitution.

3. On or about March 16, 2017, during the course of his duties, the defendant CHRISTOPHER MCCOY arrested Jane Doe, an individual whose identity is known to the United States Attorney, in Wyandanch, New York, as she was the subject of several open warrants in connection with pending vehicle and traffic offenses. Thereafter, the defendant MCCOY transported Jane Doe to the First Precinct, in Babylon, New York.

4. While at the precinct, the defendant CHRISTOPHER MCCOY caused his penis to have contact with Jane Doe's mouth, while Jane Doe was under arrest and in the defendant MCCOY's care and custody.

## DEPRIVATION OF CIVIL RIGHTS

5. The allegations set forth in paragraphs one through four of this Information are realleged and incorporated as if fully in this paragraph.

6. On or about March 16, 2017, within the Eastern District of New York, the defendant CHRISTOPHER MCCOY, while acting under the color of law, did knowingly and willfully deprive Jane Doe of a right and privilege secured and protected by the Constitution and laws of the United States, to wit: the right to be free from a deprivation of liberty without due process of law, which right includes the right to bodily integrity, by causing contact between Jane Doe's mouth and his penis against Jane Doe's will.

(Title 18, United States Code, Sections 242 and 3551 et seq.)

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F.#: 2015R02148
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER MCCOY,

Defendant.

# INFORMATION

(T. 18, U.S.C., 242 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

*Lara Treinis Gatz, Assistant U.S. Attorney (631) 715-7913*

LONG ISLAND OFFICE
OCT 01 2018
U.S. DISTRICT COURT
IN CLERK'S OFFICE E.D.N.Y.
RECEIVED