# SAPONE & PETRILLO, LLP

| | |
|---|---|
| William S. Petrillo, Esq., Partner<br>Edward V. Sapone, Esq., Partner | Chase S. Ruddy, Esq., Senior Associate |
| <u>MANHATTAN</u><br>1 Penn Plaza, Suite 5315<br>New York, New York 10119<br>Telephone: (212) 349-9000<br>Facsimile: (212) 349-9003<br>E-mail: ed@saponepetrillo.com | <u>LONG ISLAND</u><br>1103 Stewart Avenue, Suite 200<br>Garden City, New York 11530<br>Telephone: (516) 678-2800<br>Facsimile: (516) 977-1977<br>E-mail: william@saponepetrillo.com |

*BY ECF*

February 12, 2019

Honorable Gary R. Brown
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: *United States v. Christopher McCoy*
        <u>Case No. 18-CR-530</u>

Dear Judge Brown:

 I am retained counsel to Defendant Christopher McCoy in the above-referenced case. Mr. McCoy's sentencing hearing is scheduled for February 27, 2019 at 11:00 a.m.

 I write to respectfully request an adjournment of Mr. McCoy's sentencing to March 27, 2019, or any date thereafter convenient to the Court. The reason for this request is that I am still waiting for records and important documents that I believe are necessary for the Court to consider under 18 U.S.C. §3553(a)(1) (history and characteristics). Once I receive these important documents, I will incorporate them into my sentencing memorandum and submit it for Your Honor's consideration.

 I have spoken to the government, by AUSA Lara Gatz and they do not object to this request.

 Your Honor's consideration is greatly appreciated.

                Respectfully submitted,

                S/ *<u>Edward V. Sapone</u>*
                Edward V. Sapone

cc: A.U.S.A. Lara Gatz